# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH W. HATLEN,

    Plaintiff,

  v.                                  3:15-cv-93-RCJ-WGC

COX,                               **ORDER**

    Defendant.

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a motion to file a longer than normal civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has not filed a complaint or an application to proceed *in forma pauperis* and has not paid the full filing fee for this matter.

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff thirty (30) days from the date of this order to submit a complaint to this Court. The Court grants Plaintiff's motion to file a longer than normal complaint (ECF No. 1-1).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that the motion to file a longer than normal complaint (ECF No. 1-1) is granted.

IT IS FURTHER ORDERED that Plaintiff shall submit a complaint to this Court within **thirty (30) days** of the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This  17th  day of February, 2015.

_William G. Cobb_
United States Magistrate Judge